77394. WELSH v. DEPARTMENT OF CORRECTIONS et al.
(378 SE2d 238)

McMURRAY, Presiding Judge.

After full and careful consideration of the record, and in light of the recent decision reached by the Supreme Court in City of East Point v. Smith, 258 Ga. 111 (365 SE2d 432) (reversing Smith v. City of East Point, 183 Ga. App. 659 (359 SE2d 692)), we conclude that the application for a discretionary appeal was improvidently granted. Accordingly, the appeal is dismissed.

Appeal dismissed. Pope and Benham, JJ., concur.

DECIDED JANUARY 30, 1989 —
REHEARING DENIED FEBRUARY 10, 1989.

Gary A. Bacon, for appellant.

Michael J. Bowers, Attorney General, Michael E. Hobbs, Assistant Attorney General, for appellees.